

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00516-CV

Heriberto D. **GONZALEZ**,
Appellant

v.

Salvador **JOHNSON**, Sr. and Amy Marshall,
Appellees

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2019CVH002459C3
Honorable Victor Villarreal, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's order denying Heriberto D. Gonzalez's motion for summary judgment is REVERSED, and judgment is RENDERED that Salvador Johnson, Sr. and Amy Marshall take nothing against Heriberto D. Gonzalez. Costs of appeal are taxed against Salvador Johnson, Sr. and Amy Marshall.

SIGNED October 27, 2021.

_____
Liza A. Rodriguez, Justice